**Order filed November 20, 2020; Relators' Motion for Rehearing Denied;
Memorandum Opinion of November 17, 2020 Withdrawn**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00741-CV

_____

## IN RE DOUGLAS SMITH CUSTOM HOMES, LLC DOUGLAS EUGENE SMITH AND AKEEYA NEAL, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
269th District Court
Harris County, Texas
Trial Court Cause No. 2020-00177**

## ORDER

On November 18, 2020, realtors Douglas Smith Custom Homes, LLC, Douglas Eugene Smith, and Akeeya Neal filed a motion for rehearing and an amended mandamus record that includes the five evidentiary exhibits that were

attached to plaintiffs' motion to lift abatement, but were not included in the original mandamus record.

We deny the motion for rehearing.

However, because relators have remedied their noncompliance with Texas Rule of Appellate Procedure 52.7(a)(1) with the filing of the amended mandamus record, we withdraw our memorandum opinion of November 17, 2020, and will proceed with considering the merits of relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.